UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP - 3 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No.   S1-4:14CR367 |
| ABSALOM CARLISLE, ) | |
| Defendant. ) | |

## SUPERSEDING INFORMATION

### COUNT I

The United States Attorney charges that:

Between on or about January 1, 2009 and April 1, 2013, in St. Louis County within the Eastern District of Missouri,

**ABSALOM CARLISLE,**

the Defendant herein, did knowingly and willfully obstruct the passage of the United States Mail.

In violation of Title 18, United States Code Section 1701.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

/s/ Thomas C. Albus
Thomas C. Albus, #46224MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri   63102
(314) 539-2200

UNITED STATES OF AMERICA                )
EASTERN DIVISION                        )
EASTERN DISTRICT OF MISSOURI            )

I, , Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____

Subscribed and sworn to before me this 3rd day of September 2015.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK