UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14-CR-00367-JAR |
| | ) | |
| ABSALOM CARLISLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on Defendant's Third Motion for Permission to Travel [Doc #83].  Specifically, Defendant is requesting permission to travel to Birmingham, Alabama to assist his wife with basic household and personal care duties which she can't perform  due to recent surgery.  He is seeking permission to travel from March 14, 2016 through March 21, 2016.  The Court has been advised that the Government and the Pretrial Services Office do not object to Defendant's request.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Third Motion for Permission to Travel [Doc # 83] is **GRANTED**.  Defendant shall be permitted to travel to Birmingham, Alabama from March 14, 2016 through March 21, 2016.  Defendant shall comply with any restrictions or terms placed upon his travel by his Pretrial Services Officer.

Dated this 14th day of March, 2016.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE